**STATE of Missouri, Respondent,**

v.

**Rondell CORNELIUS, Appellant.**

**No. WD 62679.**

Missouri Court of Appeals, Western District.

May 17, 2005.

Nancy A. McKerrow, Columbia, MO, for appellant.

Deborah Daniels, Assistant Attorney General, Jefferson City, MO, for respondent.

Before ROBERT G. ULRICH, Presiding Judge, JAMES M. SMART, JR., Judge and JOSEPH M. ELLIS, Judge.

#### *ORDER*

PER CURIAM:

Rondell Cornelius appeals from his conviction in a court-tried case of three counts of felony murder, § 565.021.1(2), and one count of arson, § 569.040. No jurisprudential purpose would be served by a formal written opinion; however, a memorandum explaining the reasons for our decision has been provided to the parties.

Judgment affirmed.   Rule 30.25(b).